UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HEIMBURGER S.A.S.,
                                Petitioner,          22 Civ. 6194 (LGS)

             -against-                       ORDER

BRANDS WITHIN REACH LLC,
                                Respondent.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on July 21, 2022, Petitioner commenced this action seeking to confirm an arbitration award (the "Petition") and filed a proposed order to show cause, but did not file a memorandum of law in support of its motion. (Dkt. Nos. 1, 2.)

    WHEREAS, Respondent is required to answer, move or otherwise respond to the Petition within twenty-one days of service. *See* Fed. R. Civ. P. 12(a)(1)(A)(i).

    WHEREAS, no proof of service is filed on the docket, but Respondent has appeared. It is hereby

    **ORDERED** that, by **September 2, 2022**, Petitioner shall file proof of service on the docket. It is further

    **ORDERED** that, by **September 9, 2022**, the parties shall file a proposed briefing schedule on the Petition.

Dated: August 29, 2022
          New York, New York

                                                        LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE