UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
HEIMBURGER, S.A.S.,

                Petitioner,                              Case No.  22 Civ. 6194 (LGS)

              -against-                                 JUDGMENT (~~PROPOSED~~)

BRANDS WITHIN REACH, LLC,

                Respondent.
--------------------------------------------------------x

       This court having issued a Memorandum Opinion and Order, filed February 6, 2023, granting Petitioner's unopposed Amended Petition to confirm the Arbitration Award, and awarding Judgment in favor or Petitioner and against Respondent ordering Respondent to pay Petitioner 602,400.80 Euros, in addition to requiring Respondent to pay other amounts in U.S. Dollars; and

       This court having issued an order, filed February 10, 2023, requiring the part of the Judgment rendered in Euros to be converted into U.S. dollars, calculated as of the date of the Judgment,

       IT IS ORDERED AND ADJUDGED that the part of the Memorandum Opinion and Order entering judgment in favor of Petitioner and against Respondent in the amount of 602,400.80 Euros as the amount of the Arbitration Award, dated June 6, 2022, is hereby amended to read that Respondent is ordered

to pay Petitioner $645,894.13 as the amount of the said Arbitration Award.

Dated:   New York, New York
         March 1 , 2023

_Jennifer Rochon_
JENNIFER ~~JANET~~ L. ROCHON
United States District Judge